# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

OCT 24 2014

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Rafael Jimenez-Alvarez**     PRINCIPAL<br>**A202 131 328**     YOB:     **1994**<br>**Mexico** | **CRIMINAL COMPLAINT**<br>Case Number:<br>**M-14-2063-M** |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 22, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Susana Veronica Mejia-Mira, a citizen and national of El Salvador, and Nicolas Lopez-Mateo, a citizen and national of Guatemala, along with fifteen (15) other undocumented aliens, for a total of seventeen (17), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport by foot said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Mission, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)     FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On October 22, 2014, while performing line watch duties near Mission, Texas, Border Patrol Agents apprehended a group of 18 undocumented aliens. At the McAllen Border Patrol Station, through interviews, Rafael JIMENEZ-Alvarez was identified as the foot guide for the group.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Signature of Complainant

Approved by
Joseph Howard

**Michael Chandler     Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**October 24, 2014**                                            at     **McAllen, Texas**
Date                                                                                   City and State

**Peter E. Ormsby**     , U. S. Magistrate Judge
Name and Title of Judicial Officer                                  Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-14-2063-M**

**RE:** **Rafael Jimenez-Alvarez**            **A202 131 328**

**CONTINUATION:**

**PRINCIPAL'S STATEMENT:**

Rafael JIMENEZ-Alvarez was read his rights. He stated he did not wish to make a statement without the presence of an attorney.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

**1-** Susana Veronica Mejia-Mira told agents her mother was charged an unknown amount for ther to be smuggled from El Salvador to the United States. Mejia told agents the foot guide crossed the river illegally with the group. After crossing, Mejia stated the foot guide told the group to hide in a cane field. She then saw the foot guide using a radio. Mejia identified JIMENEZ in a photo lineup as the foot guide.

**2-** Nicolas Lopez-Mateo told agents his father was charged $4,000 (USD) for him to be smuggled from Guatemala to the United States. Lopez's father made arrangements with a man who put him in touch with someone known to him as El Flaco. El Flaco told his father he would be the one to smuggle Lopez across the river. When Lopez arrived in Reynosa, Tamaulipas, El Flaco drove him to a stash house, where he stayed for two days, and then to the Rio Grande River, where they both crossed on a raft. After crossing the river, El Flaco told the group to follow him. When Border Patrol arrived, El Flaco told the group to sit down and not to move, in an apparent effort to avoid detection. Lopez identified JIMENEZ, AKA El Flaco, in a photo lineup as the foot guide.